COLVIN BAKING COMPANY, Respondent, vs. PUBLIC
SERVICE COMMISSION, Appellant.

*February 12—April 27, 1937.*

For the appellant there was a brief by the *Attorney General, H. T. Ferguson,* assistant attorney general, and *Philip H. Porter,* counsel for the Public Service Commission, and oral argument by *Mr. Porter.*

For the respondent there was a brief by *Olin & Butler,* and oral argument by *Robert M. Rieser,* all of Madison.

The following opinion was filed March 9, 1937:

PER CURIAM. The case is ruled by the decision in *Gardner Baking Co. v. Public Service Comm., ante,* p. 588, 271 N. W. 833. The judgment of the circuit court is affirmed.

MARTIN, J., took no part.

A motion for a rehearing was denied, without costs, on April 27, 1937.